IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A RED APPLE, I-PHONE, WITH A DAMAGED BACK GLASS AND A PICTURE OF JAMAAL MAXWELL AND 2 CHILDREN AS THE HOME SCREEN PICTURE CURRENTLY LOCATED AT 2600 THOUSAND OAKS BLVD, SUITE 2300, MEMPHIS, TN 38118. | Case No. __24-SW-337__<br><br>**Filed Under Seal** |

**MOTION TO SEAL SEARCH WARRANT AND AFFIDAVIT
IN SUPPORT OF SEARCH WARRANT**

**COMES NOW,** the United States, by and through Kevin G. Ritz, the United States Attorney for the Western District of Tennessee, and Wendy K. Cornejo, Assistant United States Attorney, and respectfully moves this Honorable Court to order the Search Warrant and Affidavit in Support of the Search Warrant filed in the above-referenced matter to be sealed until further Order by the court. This matter involves an on-going criminal investigation and premature disclosure of facts contained within the said Search Warrant and Affidavit could adversely affect or otherwise jeopardize said investigation.

Respectfully submitted,

KEVIN G. RITZ
UNITED STATES ATTORNEY


 *s/ Wendy K. Cornejo*
WENDY K. CORNEJO
Assistant U.S. Attorney
167 North Main, Suite 800
Memphis, TN 38103
(901) 544-4231